against the Carey Printing Company. No opinion. Motion for reargument (of 144 N. Y. Supp. 1076) denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

---

KINSILA, Appellant, v. SHUBERT et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by Edward B. Kinsila against Lee Shubert and others. No opinion. Motion granted, without costs. See, also, 145 N. Y. Supp. 30.

---

KLINE REALTY & IMPROVEMENT CO., Respondent, v. ARGUS REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by the Kline Realty & Improvement Company against the Argus Realty Company and others.

PER CURIAM. Judgment of foreclosure and sale affirmed, with costs. The learned trial court refused to find that the mortgage had been extended. The alleged six months extension claimed to have been arranged when the president of the Argus Realty Company paid the back interest due November 23, 1911, was denied on behalf of plaintiff, and was inconsistent with the subsequent negotiations to extend this mortgage for the same six months period. The court below, upon conflicting testimony, having refused to find that at the beginning of this suit there was any valid agreement to extend the time of payment of the mortgage, its findings and refusals to find are sustained upon this appeal.

---

KNIGHT, Respondent, v. AMERICAN PIPE & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Sarah Helen Knight against the American Pipe & Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

KOROPJECK v. BOHACK. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Appeal from Trial Term, New York County. Action by Tessie Koropjeck against Henry C. Bohack. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Affirmed. Marshall McLean, of New York City, for appellant. Louis Salant, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent, on the ground that it was error to refuse to charge the defendant's fifth request, which is as follows: "The fact that Bennet was not called by either side raises no more presumption in favor of the plaintiff and against the defendant than it does in favor of the defendant and against the plaintiff."

In re KRAUSE. (Supreme Court, Appellate Division, First Department. January 30, 1914.) In the matter of Richard Krause, an attorney. No opinion. Motion denied, and proceedings remitted, to take proof offered by the petitioner and respondent. Settle order on notice. See, also, 158 App. Div. 935, 143 N. Y. Supp. 1126.

---

KUBIAK, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Antonina Kubiak against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

---

KUHN, Respondent, v. FRANKLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Theresa Kuhn against Anna Franklin. No opinion. Judgment affirmed, with costs.

---

KUNTZ et al., Respondents, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Emilie Kuntz and another, as executors, etc., against Nils Peter Emil Peterson. No opinion. Motion for stay granted, without costs, on condition that the appellant perfect his appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion denied, with costs.

---

KUPFERSTEIN, Respondent, v. HENINGHAM, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Regina Kupferstein, as administratrix, etc., against Richard E. Heningham, impleaded with others. W. L. O'Brion, of New York City, for appellant. W. McConihe, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Griffin v. Cunard Steamship Company, 159 App. Div. 453, 144 N. Y. Supp. 517, decided in this court December 5, 1913. Order filed.

---

LAKE SHORE & M. S. RY. CO., Appellant, v. CRANDALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by the Lake Shore & Michigan Southern Railway Company against Frank W. Crandall and another. No opinion. Order affirmed, with costs. See, also, 151 App. Div. 901, 135 N. Y. Supp. 1122.

---

LAMPHERE v. WOODIN et al. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Loren J. Lamphere, as committee, etc., against Glenn W. Woodin, as ancillary administrator, etc., and Clara Quirk. No opinion. Motion to dismiss appeals denied. Order modified, by striking out the provision requiring the defendant Clara Quirk to give security for costs, and, as so